IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM M. RESLER, | ) |
| Plaintiff, | ) 4:08CV3023 |
| v. | ) |
| TELEX COMMUNICATIONS, Inc., | ) ORDER OF DISMISSAL |
| Defendant. | ) |

Pursuant to the Stipulation of Dismissal, filing 27, filed by counsel of record in this matter,

IT IS ORDERED that this action is dismissed with prejudice with each side to bear his and its own costs.

Dated December 30, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge